# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALINDA LOZOYA-LOPEZ (2),<br><br>Defendant. | Case No. 19cr1624-CAB<br><br>ORDER AND JUDGMENT TO DISMISS AS TO DEFENDANT ROSALINDA LOZOYA-LOPEZ WITHOUT PREJUDICE |

For good cause appearing, the Court grants the United States' Motion to Dismiss as to defendant ROSALINDA LOZOYA-LOPEZ without prejudice.

**IT IS SO ORDERED.**

DATED: June 24, 2019.

_____
HON. CATHY ANN BENCIVENGO
United States District Judge